PENNY CHERNICK *v.* JOSEPHINE JOHNSTON

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 276 (AC 27077), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Laura A. Klein*, in opposition.

Decided May 22, 2007